IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS FOR HUMAN RIGHTS, ) | Case No. 1:08-cv-00273-CKK |
| Plaintiff, ) | |
| v. ) | |
| U.S. DEPARTMENT OF DEFENSE et al., ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Plaintiff Physicians for Human Rights respectfully asks the Court to enter the appearance of Ryan M. Malone as additional counsel for Plaintiff in the above captioned case.

Respectfully submitted,

 /s/ Ryan M. Malone
Ryan M. Malone (Bar No. 483172)
ROPES & GRAY LLP
700 12th Street, NW
Suite 900
Washington, D.C.  20005
Telephone:  (202) 508-4600
Telecopier:  (202) 508-4650

7300003_1.DOC