UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHYSICIANS FOR HUMAN RIGHTS,**<br>    1156 15TH Street, N.W.<br>    Suite 1001<br>    Washington, D.C.  20005,<br><br>              **Plaintiff,**<br><br>    v.<br><br>**U.S. DEPARTMENT OF DEFENSE,**<br>    1600 Defense Pentagon<br>    Washington, D.C.  20301-1155<br><br>    And<br><br>**DEFENSE INTELLIGENCE AGENCY,**<br>    Building 6000<br>    Washington, D.C.  20340-5100<br><br>    And<br><br>**UNITED STATES SPECIAL OPERATIONS**<br>    **COMMAND**<br>    7701 Tampa Point Boulevard<br>    MacDill AFB, Florida 33621-5323<br><br>    And<br><br>**UNITED STATES CENTRAL COMMAND**<br>    7115 South Boundary Boulevard<br>    MacDill AFB, Florida 33621-5101<br><br>              **Defendants.** | Civil Action No. 08-273 (CKK)<br>Electronic Case Filing |

# NOTICE OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Jane M. Lyons** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

/s/
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161 / (202) 514-8789 (fax)