UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS FOR HUMAN RIGHTS,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Civil Action  No. 08-273 (CKK) |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, *et al.*,   ) | |
| ) | |
| Defendants.   ) | |
| ) | |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the defendants in this action, identified in the Complaint as the United States Department of Defense, the Defense Intelligence Agency, the United States Special Operations Command, and the United States Central Command, respectfully request an enlargement of time of one month to file a response to the Complaint.  Specifically, defendants request that the date for be extended from March 26, 2008 until April 28, 2008.  Plaintiff, through its counsel, consents to the relief being sought in this motion. The grounds for this motion are set forth below.

Plaintiff brings this case under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  Plaintiff seeks access to certain information relating to a possible mass grave in Afghanistan that it appears to believe was investigated by the U.S. military several years ago.  See Complaint, ¶¶ 5-13.  Although the Department of Defense released six documents in response to plaintiff's June 21, 2006 FOIA request, plaintiff alleges that additional responsive documents exist.  See id. ¶ 16. Plaintiff also sought a waiver of fees.  See id. ¶ 14.

Plaintiff filed this action in February, 2008, and the U.S. Attorney's Office was served with the Complaint in this matter on February 25, 2008. Accordingly, defendants' response to the complaint is currently due on March 26, 2008.

Once counsel was assigned, the U.S. Attorney's Office began requesting information from the Department of Defense to develop a strategy for resolving this matter. Because coordination is required among various defendants and all of the information needed to file any type of response has not yet been received, a reasonable amount of additional time is needed. This motion is filed in good faith and granting it will not unfairly prejudice any of the parties or unduly delay the Court's ability to resolve this matter. Among other things, promptly determining the status of plaintiff's request for a fee waiver and whether any responsive documents have been located will determine the timeline for proceeding with processing any documents under the FOIA and/or briefing dispositive motions. This is the defendants' first request to extend any deadline.

WHEREFORE, based on the foregoing, the defendants respectfully requests that the time for responding to the Complaint be extended to and including April 28, 2008. A proposed order is attached.

Dated: March 21, 2008.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

- 2 -

                                              RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W - Room E4822.
Washington, D.C.  20530
(202) 514-7161
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS FOR HUMAN RIGHTS,          )<br>                                                              )<br>             Plaintiff,                           )<br>                                                              )<br>       v.                                                 )       Civil Action  No. 08-273 (CKK)<br>                                                              )<br>U.S. DEPARTMENT OF DEFENSE, *et al.*, )<br>                                                              )<br>             Defendants.                        )<br>_____) | |

**O R D E R**

UPON CONSIDERATION of defendants' consent motion for enlargement of time to file a response to the Complaint, the Court finds that good cause exists for the requested one month enlargement.  Accordingly, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and defendants shall have through and including April 28, 2008 to file a response to the Complaint.

_____                              _____
Date                                                              COLLEEN KOLLAR-KOTELLY
                                                                       United States District Judge

**Copies to Counsel of Record Through ECF**