UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHYSICIANS FOR HUMAN RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE et al.,<br><br>Defendants. | Case No. 1:08-cv-00273-CKK |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiff Physicians for Human Rights, by and through its attorneys, hereby informs the Court that Thomas M. Susman of Ropes & Gray LLP is withdrawing as counsel of record for the Defendant in the above-captioned matter, and Peter M. Brody of Ropes & Gray LLP is being substituted as counsel of record. This is notice of Mr. Brody's appearance in this matter on behalf of Plaintiff Physicians for Human Rights.

Respectfully submitted,

/s/ Peter M. Brody
Peter M. Brody
D.C. Bar Number 398717
ROPES & GRAY LLP
700 12th Street, NW
Suite 900
Washington, D.C. 20005
Telephone: (202) 508-4600
Telecopier: (202) 508-4650

7300722_1.DOC

Thomas M. Susman
D.C. Bar Number 151712
ROPES & GRAY LLP
700 12th Street, NW
Suite 900
700 12th Street, NW
Washington, DC 20005
(202) 508-4600

7300722_1.DOC