UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS FOR HUMAN RIGHTS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>DEFENSE et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 08-0273 (CKK) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Scott Risner, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as counsel of record for Defendants.

Date: April 7, 2008.                    Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

  /s/ Scott Risner
SCOTT RISNER (MI Bar # P70762)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7108
Washington, D.C.  20530
Tel.: (202) 514-2395
Fax: (202) 616-8470
scott.risner@usdoj.gov
Attorneys for Defendants