## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PHYSICIANS FOR HUMAN RIGHTS,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | **Civil Action No. 08-273 (CKK)** |
| | **)** | **Electronic Case Filing** |
| **U.S. DEPARTMENT OF DEFENSE, et al.,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |
| | **)** | |

# NOTICE OF WITHDRAWAL OF APPEARANCE

**THE CLERK OF THIS COURT** will please **withdraw** the appearance of Assistant United States Attorney **Jane M. Lyons** as counsel for the defendant in the above-captioned case.

Dated: April 7, 2008.

Respectfully submitted,

/s/_____
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161 (phone)
(202) 514-8789 (fax)