UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS FOR HUMAN RIGHTS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08-273 |
| v. ) | The Honorable Colleen Kollar-Kotelly |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Plaintiff Physicians for Human Rights and Defendants U.S. Department of Defense, Defense Intelligence Agency, United States Special Operations Command, and United States Central Command ("the Parties") submit the following Joint Status Report.

The Parties agree that Defendants will submit their Answer as scheduled on April 28, 2008. Defendants believe that additional time will allow them to better evaluate whether any additional documents responsive to the Plaintiff's FOIA request exist, and, if so, to estimate the amount of time and fees that Defendants believe would be required to complete processing of the request. The Parties agree that the Defendants should be permitted an additional four weeks. The Parties expect they may then be able to narrow the issues for litigation and propose either a production schedule or a briefing schedule.

Accordingly, the Parties request that the Court require another Joint Status Report to be filed on Monday, May 19, 2008.

The Parties agree that a proposed briefing schedule would be premature at this time.

Respectfully submitted,


 /s/ Peter M. Brody
Peter M. Brody (DC #398717)
Ryan M. Malone (DC #483172)
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3945
(202) 508-4600
Fax: (202) 508-4650
Email: peter.brody@ropesgray.com

*Counsel for Plaintiff Physicians for Human Rights*



  /s/ Scott Risner w/permission
Scott Risner
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

*Counsel for Defendants U.S. Department of Defense, Defense Intelligence Agency, United States Special Operations Command, and United States Central Command*

Dated: April 18, 2008