## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                              )
PHYSICIANS FOR HUMAN RIGHTS,                  )
                                              )
          Plaintiff,                    )
                                              )
          v.                            )        Civil Action No. 1:08-CV-273 (CKK)
                                              )
UNITED STATES DEPARTMENT OF                   )
DEFENSE et al.,                               )
                                              )
          Defendants.                   )
_____)

### DEFENDANTS' ANSWER

Defendants, the United States Department of Defense and its components Defense Intelligence Agency, United States Special Operations Command, and United States Central Command, by and through their undersigned counsel, hereby answer Plaintiff's Complaint in the captioned matter as follows:

### First Affirmative Defense

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

Plaintiff has failed to exhaust applicable administrative remedies.

### Third Affirmative Defense

The Court lacks subject matter jurisdiction over Plaintiff's Complaint because Defendants have not improperly withheld information within the meaning of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

### Fourth Affirmative Defense

The FOIA request that is the subject of this lawsuit may implicate certain information

that is protected from disclosure by one or more statutory exemptions. Disclosure of such information is not required.

<u>Fifth Affirmative Defense</u>

Defendants deny each and every allegation contained in Plaintiff's Complaint except as hereinafter may be expressly admitted.

In response to the numbered paragraphs and sentences of the Complaint, Defendants admit, deny, or otherwise respond as follows:

1.    This paragraph sets forth Plaintiff's characterization of this action, to which no response is required.

2.    The allegations contained in this paragraph consist of legal conclusions, to which no response is required.

3.    Defendants lack knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

4.    Admitted.

5.    The allegations contained in this paragraph consist of Plaintiff's characterization of matters described in published news reports, to which no response is required. To the extent a response is deemed required, Defendants respectfully refer the Court to those reports for a full and accurate description of their contents.

6.    The allegations contained in this paragraph consist of Plaintiff's characterization of matters described in published news reports, to which no response is required. To the extent a response is deemed required, Defendants respectfully refer the Court to those reports for a full and accurate description of their contents.

7.      Defendants lack knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

8.      The allegations contained in this paragraph consist of Plaintiff's characterization of matters described in published news reports, to which no response is required.  To the extent a response is deemed required, Defendants respectfully refer the Court to those reports for a full and accurate description of their contents.

9.      The allegations contained in this paragraph consist of Plaintiff's characterization of matters described in published news reports, to which no response is required.  To the extent a response is deemed required, Defendants respectfully refer the Court to those reports for a full and accurate description of their contents.

10.     Defendants lack knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

11.     The allegations contained in this paragraph consist of Plaintiff's characterization of matters described in published news reports, to which no response is required.  To the extent a response is deemed required, Defendants respectfully refer the Court to those reports for a full and accurate description of their contents.

12.     The allegations contained in this paragraph consist of Plaintiff's characterization of matters described in published news reports, to which no response is required.  To the extent a response is deemed required, Defendants respectfully refer the Court to those reports for a full and accurate description of their contents.

13.     Admitted.

14.     Admitted.

15.     Admitted.

16.     The allegations contained in the first two sentences of this paragraph are admitted.  The allegations contained in the remainder of this paragraph consist of Plaintiff's characterization of documents produced in response to its FOIA request, to which no response is required.  To the extent a response is deemed required, Defendants respectfully refer the Court to those documents for a full and accurate description of their contents.

17.     The allegations contained in this paragraph regarding Defendants' response to Plaintiff's FOIA request are denied.  The remaining allegations in this paragraph consist of Plaintiffs' characterization of the legal requirements of FOIA, to which no response is required. To the extent a response is deemed required, Defendants respectfully refer the Court to the statute for a full and accurate description of its contents.

18.     The allegation contained in this paragraph constitutes a legal conclusion, to which no response is required.  To the extent a response is deemed required, the allegation is denied.

19.     The allegation contained in this paragraph constitutes a legal conclusion, to which no response is required.  To the extent a response is deemed required, the allegation is denied.

20.     Admitted.

21.     Admitted.

22.     Denied.

23.     The allegations contained in this paragraph regarding Defendants' response to Plaintiff's FOIA request are admitted.  The remaining allegations in this paragraph consist of Plaintiffs' characterization of the legal requirements of FOIA, to which no response is required. To the extent a response is deemed required, Defendants respectfully refer the Court to the

statute for a full and accurate description of its contents.

24.    The allegation contained in this paragraph constitutes a legal conclusion, to which no response is required.

25.    The allegation contained in this paragraph constitutes a legal conclusion, to which no response is required.  To the extent a response is deemed required, the allegation is denied.

26.    Admitted.

27.    Admitted.

28.    Denied.

29.    The allegations contained in this paragraph regarding Defendants' response to Plaintiff's FOIA request are admitted.  The remaining allegations in this paragraph consist of Plaintiffs' characterization of the legal requirements of FOIA, to which no response is required. To the extent a response is deemed required, Defendants respectfully refer the Court to the statute for a full and accurate description of its contents.

30.    The allegation contained in this paragraph constitutes a legal conclusion, to which no response is required.

31.    The allegation contained in this paragraph constitutes a legal conclusion, to which no response is required.  To the extent a response is deemed required, the allegation is denied.

32.    Admitted.

33.    Admitted.

34.    Denied.

35.    The allegations contained in this paragraph regarding Defendants' response to Plaintiff's FOIA request are admitted.  The remaining allegations in this paragraph consist of

Plaintiffs' characterization of the legal requirements of FOIA, to which no response is required. To the extent a response is deemed required, Defendants respectfully refer the Court to the statute for a full and accurate description of its contents.

36.     The allegation contained in this paragraph constitutes a legal conclusion, to which no response is required.

37.     The allegation contained in this paragraph constitutes a legal conclusion, to which no response is required. To the extent a response is deemed required, the allegation is denied.

38.     This paragraph incorporates Plaintiff's previous allegations, and no response is required.

39.     The allegations contained in this paragraph constitute Plaintiff's characterization of the legal requirements of FOIA, to which no response is required. To the extent a response is deemed required, Defendants respectfully refer the Court to that statute for a full and accurate description of its contents.

40.     The allegations contained in this paragraph constitute Plaintiff's characterization of the legal requirements of the Code of Federal Regulations, to which no response is required. To the extent a response is deemed required, Defendants respectfully refer the Court to the regulation for a full and accurate description of its contents.

41.     The allegations contained in this paragraph constitute legal conclusions, to which no response is required. To the extent a response is deemed required, the allegations are denied.

42.     Defendants lack knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

The remainder of Plaintiff's Complaint contains a prayer for relief, to which no response

is required.  To the extent a response is deemed required, Defendants deny Plaintiff is entitled to the requested relief or to any relief whatsoever.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendants pray for a judgment dismissing the Complaint with prejudice and for such further relief as the Court may deem just.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

 /s/ Scott Risner
SCOTT RISNER (MI Bar No. P70762)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: (202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

*Counsel for Defendants*

Dated: April 28, 2008.