UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHYSICIANS FOR HUMAN RIGHTS )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF DEFENSE, *et al.*, )<br>)<br>Defendants. )<br>) | )<br>)<br>)<br>)<br>Civil Action No. 08-273<br>The Honorable Colleen Kollar-Kotelly |

## JOINT STATUS REPORT

Plaintiff Physicians for Human Rights and Defendants U.S. Department of Defense, Defense Intelligence Agency, United States Special Operations Command, and United States Central Command ("the Parties") submit the following Joint Status Report.

Since the parties' last status report, Defendants have continued the process of searching for documents responsive to Plaintiff's FOIA request. Further, the Defense Intelligence Agency has located nine responsive documents that have been forwarded to the U.S. State Department and the Central Intelligence Agency ("CIA") for review. Defendants believe that additional time will allow them to complete this search and the State Department and CIA to complete this review. The Parties agree that the Defendants should be permitted an additional eight weeks. Because Defendants anticipate completing the search for documents by that time, the Parties expect they may then be able to narrow the issues for litigation and, if necessary, propose either a production schedule or a briefing schedule.

Accordingly, the Parties request that the Court require another Joint Status Report to be filed on Monday, July 14, 2008.

The Parties agree that a proposed briefing schedule would be premature at this time.

                                            Respectfully submitted,

                                            /s/ Peter M. Brody
Peter M. Brody (DC #398717)
Ryan M. Malone (DC #483172)
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3945
(202) 508-4600
Fax: (202) 508-4650
Email: peter.brody@ropesgray.com

*Counsel for Plaintiff Physicians for Human Rights*

                                            /s/ Scott Risner w/permission
Scott Risner
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

*Counsel for Defendants U.S. Department of Defense, Defense Intelligence Agency, United States Special Operations Command, and United States Central Command*

Dated: May 19, 2008