UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS FOR HUMAN RIGHTS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF DEFENSE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 08-273 <br> The Honorable Colleen Kollar-Kotelly |

## JOINT STATUS REPORT

Plaintiff Physicians for Human Rights and Defendants U.S. Department of Defense, Defense Intelligence Agency, United States Special Operations Command, and United States Central Command ("the Parties") submit the following Joint Status Report.

Since the parties' last status report, Defendants have completed the process of searching for documents responsive to Plaintiff's FOIA request. Further, the Defense Intelligence Agency ("DIA") has located nineteen documents that it will release to plaintiffs. DIA has also located two documentswhich it has reviewed and determined to be partially exempt from production. The nine responsive documents found by DIA that have been forwarded to the U.S. State Department and the Central Intelligence Agency ("CIA") are still under review by those agencies. The United States Special Operations Command ("SOCOM") has located twenty-three documents that are currently being reviewed to determine their responsiveness to Plaintiff's FOIA request and their eligibility for release. Defendants have agreed to produce to Plaintiff all responsive, non-exempt documents designated for release by August 4, 2008. Once the

documents are provided, the Parties expect they may then be able to narrow the issues for litigation and, if necessary, propose a briefing schedule.

Accordingly, the Parties request that the Court require another Joint Status Report to be filed on Monday, August 11, 2008.

The Parties agree that a proposed briefing schedule would be premature at this time.

Respectfully submitted,

  /s/ Peter Brody
Peter M. Brody (DC #398717)
Ryan M. Malone (DC #483172)
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3945
(202) 508-4600
Fax: (202) 508-4650
Email: peter.brody@ropesgray.com

*Counsel for Plaintiff Physicians for Human Rights*

Gregory G. Katsas
Assistant Attorney General

Jeffrey A. Taylor
United States Attorney

Elizabeth Shapiro
Assistant Branch Director

  /s/ Scott Risner
Scott Risner
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

- 3 -

*Counsel for Defendants U.S. Department of Defense, Defense Intelligence Agency, United States Special Operations Command, and United States Central Command*

Dated: July 14, 2008