IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS FOR HUMAN RIGHTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0273 |
| ) | The Honorable Colleen Kollar-Kotelly |
| UNITED STATES DEPARTMENT OF ) | |
| DEFENSE et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT STATUS REPORT**

Plaintiff Physicians for Human Rights and Defendants United States Department of

Defense, Defense Intelligence Agency, United States Special Operations Command, and United

States Central Command ("the Parties") submit the following Joint Status Report.

Since the parties' last status report, Defendants have produced all responsive, non-

exempt documents designated for release by the Defense Intelligence Agency and United States

Special Operations Command.  Additionally, the U.S. Department of State and the Central

Intelligence Agency have completed their review of nine referred documents and have produced

those documents directly to Plaintiff.  Defendants are still reviewing one document for

responsiveness and exemptions, and Plaintiff needs additional time to review the documents that

have been produced.

Accordingly, the Parties request that the Court require another Joint Status Report to be

filed on August 25, 2008.  The parties expect that they will then be able to narrow the issues for

litigation and either stipulate to dismissal pursuant to Federal Rule of Civil Procedure 41 or, if

necessary, propose a briefing schedule.  The Parties agree that a proposed briefing schedule

would be premature at this time.

Respectfully submitted,

 /s/ Peter Brody
PETER M. BRODY (DC #398717)
RYAN M. MALONE (DC #483172)
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3945
(202) 508-4600
Fax: (202) 508-4650
Email: peter.brody@ropesgray.com

*Counsel for Plaintiff Physicians for Human Rights*


GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

 /s/ Scott Risner
SCOTT RISNER (MI Bar # P70762)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7108
Washington, D.C.  20530
Tel.: (202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

*Counsel for Defendants U.S. Department of Defense,
Defense Intelligence Agency, United States Special
Operations Command, and United States Central
Command*

Dated: August 11, 2008.