IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS FOR HUMAN RIGHTS,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>UNITED STATES DEPARTMENT OF   )<br>DEFENSE et al.,   )<br>)<br>Defendants.   )<br>) | Civil Action No. 08-0273<br>The Honorable Colleen Kollar-Kotelly |

## JOINT STATUS REPORT

Plaintiff Physicians for Human Rights and Defendants United States Department of Defense, Defense Intelligence Agency ("DIA"), United States Special Operations Command, and United States Central Command (collectively "the Parties") submit the following Joint Status Report. In support of their proposed briefing schedule, the parties state the following:

1.   This is an action in which Plaintiff seeks access, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to certain documents created and controlled by Defendants.

2.   On June 21, 2006, Plaintiff submitted a FOIA request to the Department of Defense relating "to a mass grave at Dasht-e-Leili in Afghanistan." Plaintiff also asked that its request be processed without any assessment of fees.

3.   The request submitted to the Department of Defense was subsequently processed by the Department of Defense Office of Freedom of Information, DIA, Special Operations Command, and Central Command.

4.   Plaintiff filed its Complaint in this action on February 19, 2008, and Defendants

timely answered the Complaint on April 28, 2008.  Since the filing of Plaintiff's Complaint, the parties have been in regular communication in an effort to reach an agreement regarding the production of records.

5.  The Department of Defense Office of Freedom of Information, DIA, Special Operations Command, and Central Command have each completed the processing of Plaintiff's request, and have each produced the non-exempt records deemed responsive to the request.  DIA referred additional documents to the Department of State and the Central Intelligence Agency for review and release directly to Plaintiff.

6.  The parties have been unable to resolve the remaining issues in this case, and propose proceeding by cross-motions for summary judgment.  The parties propose the following schedule:

| | |
|---|---|
| Defendants' motion for summary judgment | October 6, 2008 |
| Plaintiff's opposition and cross-motion | November 17, 2008 |
| Defendants' reply and opposition | December 8, 2008 |
| Plaintiff's reply | December 29, 2008 |

Respectfully submitted,

 /s/ Peter M. Brody
PETER M. BRODY (DC #398717)
RYAN M. MALONE (DC #483172)
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3945
(202) 508-4600
Fax: (202) 508-4650
Email: peter.brody@ropesgray.com

*Counsel for Plaintiff Physicians for Human Rights*

          GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

 */s/ Scott Risner* 
SCOTT RISNER (MI Bar # P70762)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7108
Washington, D.C.  20530
Tel.: (202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

*Counsel for Defendants U.S. Department of Defense, Defense Intelligence Agency, United States Special Operations Command, and United States Central Command*

Dated: August 25, 2008.