THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHYSICIANS FOR HUMAN RIGHTS,

    Plaintiff,

    v.

U.S. DEPARTMENT OF DEFENSE, *et al.*,

    Defendants.

Civil Action No.: RDB-08-273

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 19th day of April, 2011, hereby ORDERED that:

1. Defendants' Motion for Summary Judgment (ECF No. 35) is GRANTED;

2. Plaintiff Physicians for Human Rights' Cross-Motion for Summary Judgment (ECF No. 39) is DENIED;

3. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to Counsel; and

4. The Clerk of the Court CLOSE THIS CASE

/s/ _____
Richard D. Bennett
United States District Judge